IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CARD,

    Plaintiff,                      No. CIV S-06-01027 GEB GGH P

    vs.

TOM L. CAREY, Warden, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2006, the civil case filing fee was increased to $350.00. On May 11, 2006, plaintiff made a payment in the amount of $250.00. In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a payment in the amount of $100.00 or an application to proceed in forma pauperis; plaintiff's failure to comply with this order will result in the dismissal of this action.

DATED: 6/23/06

                                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:bb
card1027.fee