1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN CARD,

11          Plaintiff,                    No. CIV S-06-1027 GEB GGH P

12       vs.

13   TOM L. CAREY, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Pending before the court is the amended complaint filed October 26, 2006.

18          The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

19   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

20   reasonable opportunity to prevail on the merits of this action.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Service is appropriate for the following defendants:  Traquina, Grannis,

23   Kofoed, Rellos, Thor,  Low, Obedoza, Nunez, Tan.

24          2.  The Clerk of the Court shall send plaintiff 9 USM-285 forms, one summons,

25   an instruction sheet and a copy of the amended complaint filed October 26, 2006.

26          3.  Within thirty days from the date of this order, plaintiff shall complete the

1

1  attached Notice of Submission of Documents and submit the following documents to the court:

2          a.  The completed Notice of Submission of Documents;

3          b.  One completed summons;

4          c.  One completed USM-285 form for each defendant listed in number 3

5          above; and

6          d.  Ten copies of the endorsed amended complaint filed October 26, 2006.

7          4.  Plaintiff need not attempt service on defendants and need not request waiver of

8  service.  Upon receipt of the above-described documents, the court will direct the United States

9  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

10  without payment of costs.

11  DATED: 12/26/06

                                    /s/ Gregory G. Hollows
12
                                    _____
13                                  GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE
14  card1027.ame

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CARD,

   Plaintiff,       No. CIV S=06-1027 GEB GGH P

  vs.

TOM L. CAREY, et al.,      NOTICE OF SUBMISSION

   Defendants.      OF DOCUMENTS

_____/

   Plaintiff hereby submits the following documents in compliance with the court's

order filed _____:

   _____   completed summons form

   _____   completed USM-285 forms

   _____   copies of the _____
          Complaint/Amended Complaint

DATED:

            _____
            Plaintiff