IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CARD,

          Plaintiff,               No. CIV S-06-1027 GEB GGH P

      vs.

TOM L. CAREY, et al.,

          Defendants.       ORDER

_____/

          On February 5, 2008, plaintiff filed a notice of overypayment.  Plaintiff alleges that he has overpaid the filing fee.  The Financial Division of the court indicates that plaintiff has indeed overpaid his fee.  The overpaid amount will be refunded to plaintiff.

          IT IS SO ORDERED.

DATED: 02/26/08                 /s/ Gregory G. Hollows

                            _____
                            UNITED STATES MAGISTRATE JUDGE

card1027.ord

1