IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CARD,

        Plaintiff,                    No. CIV S-06-1027 GEB GGH P

   vs.

TOM L. CAREY, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On January 10, 2008, plaintiff filed a pleading requesting the voluntary dismissal of defendant Nunez.  On February 5, 2008, defendant Nunez filed a statement of non-opposition to his dismissal.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Pursuant to Fed. R. Civ. P. 41(a) defendant Nunez is dismissed;

        2. The summary judgment motion filed January 2, 2008, on behalf of defendant Nunez is vacated.

DATED: 02/27/08                             /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

card1027.59