1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   JOHN CARD,

13          Plaintiff,                    2:06-cv-1027-GEB-GGH-P

14      vs.

15   TOM L. CAREY, et al.,

16          Defendants.              ORDER

17   _____/

18          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

19   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

20   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

21          On August 13, 2008, the magistrate judge filed findings and recommendations

22   herein which were served on all parties and which contained notice to all parties that any

23   objections to the findings and recommendations were to be filed within twenty days.  On

24   September 5, 2008, defendants filed objections to the findings and recommendations.  On

25   September 16, 2008, plaintiff filed a response to the objections.

26   ///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

2  72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

3  entire file, the court finds the findings and recommendations to be supported by the record and by

4  proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations filed August 13, 2008 are adopted in full;

7  and

8    2.  Defendants' February 21, 2008, summary judgment motion (# 36) is denied as

9  to defendant Traquina in his official capacity and as to defendant Kofoed; the motion is granted

10  in all other respects.

11  Dated:  September 26, 2008

12

13  _____

GARLAND E. BURRELL, JR.
14  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26