IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CARD,

        Plaintiff,                No. CIV S-06-1027 GEB GGH P

   vs.

TOM L. CAREY, et al.,

        Defendants.        <u>ORDER</u>

_____/

        On October 22, 2008, defendants filed a motion to amend the scheduling order. Defendants request that the jury trial date be re-set. Good cause appearing, this request is granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' October 22, 2008, motion to amend the scheduling order (# 48) is granted;

        2. The jury trial set for July 7, 2009, before the Honorable Garland E. Burrell is vacated and re-set for September 29, 2009, at 9:00 a.m.

DATED: November 10, 2008

                                                    /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

card.res