IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CARD,

   Plaintiff,     No. CIV S-06-1027 GEB GGH P

  vs.

TOM L. CAREY, et al.,

   Defendants.   <u>ORDER</u>

_____/

   Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On November 6, 2008, plaintiff filed his third motion for the appointment of counsel.  Plaintiff's previous motions were filed on August 22, 2006 and March 11, 2008.  All motions were denied.

  In light of those orders, IT IS HEREBY ORDERED that plaintiff's November 6, 2008 motion for the appointment of counsel (Docket No. 49) is denied.

DATED: November 17, 2008

      /s/ Gregory G. Hollows
      _____
      UNITED STATES MAGISTRATE JUDGE

/kly
card1027.31thr

1