1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN CARD,

11          Plaintiff,              No. CIV S-06-1027 GEB GGH P

12      vs.

13   TOM L. CAREY, et al.,

14          Defendants.            ORDER

15   _____/

16          Defendants John Kofoed, M.D. and Alvaro Traquina, M.D. have requested an

17   extension of time to file the pretrial statement pursuant to the court's order of October 20, 2008.

18   Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Defendants' December 4, 2008 request for an extension of time is granted; and

20          2.  Defendants' pretrial statement is due on or before December 19, 2008.

21   DATED: December 12, 2008

22

23                               /s/ Gregory G. Hollows
                              _____
24                               GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE
25   GGH:md
       card1027.36(2)
26