IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CARD,

     Plaintiff,                     No. CIV S-06-1027 GEB GGH P

     vs.

TOM . CAREY, et al.,

     Defendants.             <u>ORDER</u>

_____/

        United States Magistrate Judge Vadas, Northern District of California (cross-designated for settlement purposes in the Eastern District of California), is available for settlement conferences at California State Prison-Solano. The court has determined that this action is appropriate for a settlement conference before Judge Vadas.

        Accordingly, IT IS HEREBY ORDERED that this action is referred to Judge Vadas for a settlement conference to be conducted prior to the jury trial set for September 4, 2009.

DATED: June 3, 2009

                                   /s/ Gregory G. Hollows

                                   UNITED STATES MAGISTRATE JUDGE

card.med