UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARD | No. C 06-1027 GEB GGH |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| WARDEN TOM CAREY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for August 19, 2009 at 9:00 a.m. at Solano State Prison.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

Confidential settlement conference statements shall be mailed to and received by chambers by August 11, 2009.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference

SO ORDERED.

Dated: June 29, 2009

_____
NANDOR J. VADAS
United States Magistrate Judge
Sitting by Designation

SC-further

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARD

V.

CAREY

No. C 06-1027 GEB GGH

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2009 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**John Card**
B-63879
CSP
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

SC-further

2