United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARD,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>WARDEN TOM CAREY, et al.,<br><br>　　　　Defendants. | Case No C 06-1027 GEB GGH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on August 19, 2009 at Solano State Prison. Further settlement conference was held by phone September 1, 2009. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒ Plaintiff

　　☐ Warden or warden's representative

　　☒ Office of the California Attorney General, Bill Krabbenhoft

　　☒ Other: California Department of Corrections and Rehabilitation, Melissa Hamill

(2)   The following individuals, parties, and/or representatives did not appear:

(3)   The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:  9/1/09

_____
Nandor J Vadas
United States Magistrate Judge
Sitting by Designation

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Card | No. C 06-1027 GEB GGH |
| v. | CERTIFICATE OF SERVICE |
| Carey _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/1/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**John Card**
B-63879
CSP
California State Prison-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3