IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CARD,

        Plaintiff,              No. CIV S-06-1027 GEB GGH P

    vs.

TOM CAREY, et al.,

        Defendants.      <u>ORDER</u>

_____/

        In light of ongoing mediation, IT IS HEREBY ORDERED that the trial confirmation hearing set for September 4, 2009, before the Honorable Garland E. Burrell is vacated.

DATED: September 3, 2009

                        /s/ Gregory G. Hollows

                  _____
                  UNITED STATES MAGISTRATE JUDGE

card1027.vac

1