IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOHN CARD,                          )   2:06-cv-01027-GEB-GGH
                                    )
            Plaintiff,              )   ORDER OF DISMISSAL
                                    )
      v.                            )
                                    )
N. GRANNIS; ALVAROC TRAQUINA;       )
KOFOED; RELLOS; THOR;  - LOW;       )
- OBEDOZA;  TAN,                    )
                                    )
            Defendants.             )
_____)
```

Since the Report filed on September 1, 2009, reveals this action has settled, this action is dismissed.

Dated: September 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1